IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re )
)
**CLINTON ROYSE** ) CASE NO. 24-10524
)
Debtor(s) )

## PAY ADVICE COVER SHEET

The following income records / pay advices are filed on behalf of the Debtor(s):

_____ The following pay advices are attached:

Employer                                                    Payroll Date

**XXX** The debtor certifies by his / her signature that he / she has no pay records because:

Debtor has not been employed within the past six months.

_____          _____
Debtor                                                             Joint Debtor

Subscribed and sworn this the __4__ day of __March__, __2024__, by affiant(s).

                                              _____
                                              NOTARY PUBLIC

My commission expires: _____

Respectfully submitted:

S/ MIKE ROSE
Mike Rose, OBA No. 15523
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
405 / 605-3757 telephone
405 / 605-3758 facsimile
michaeljrosepc@gmail.com
ATTORNEY FOR DEBTOR(S)

1

MEANS TEST SPREAD SHEET

| Debtor C. Royce | | | Employer Self-employed | | | |
|---|---|---|---|---|---|---|
| Pay Date | Gross | Taxes | Insurance | Retirement | | |
| 7-5-23 | 480.77 | 71.28 | | | | |
| 7-12-23 | 480.77 | 71.28 | | | | |
| 7-19-23 | 480.77 | 71.27 | | | | |
| 7-26-23 | 480.77 | 71.28 | | | | |
| 8-2-23 | 480.77 | 71.29 | | | | |
| 8-9-23 | 480.77 | 71.28 | | | | |
| 8-16-23 | 480.77 | 71.27 | | | | |
| 8-23-23 | 480.77 | 71.28 | | | | |
| 8-30-23 | 480.77 | 71.28 | | | | |
| 9-6-23 | 480.77 | 71.28 | | | | |
| 9-13-23 | 480.77 | 71.28 | | | | |
| 9-25-23 | 480.77 | 71.27 | | | | |
| 9-27-23 | 480.77 | 71.29 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total | 6250.01 | 926.63 | | | | |
| (6) Months | 1041.66 | 154.43 | | | | |