UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:   CLINTON SEAN ROYSE

                      Debtor.

Bk. Case No. 24-10524 JDL
CHAPTER 7

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

LOGS LEGAL GROUP LLP, Attorney for Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, a party in interest in the above-captioned case, hereby gives notice of its appearance in said case.

Further, the above-named party in interest hereby requests that the Clerk of the above-named Court counsel for Debtor(s), Trustee, and any other party mailing notices in this case, mail to said counsel copies of any and all notices hereinafter given in this case in accordance with Bankruptcy Rule 2002, or otherwise.

DATED this 12 day of March, 2024.

LOGS LEGAL GROUP LLP

BY: /s/Lesli Peterson
Kirk J. Cejda  #12241
Lesli Peterson #14177
770 NE 63rd St.
Oklahoma City, OK 73105-6431
(405) 848-1819
Attorney for Wells Fargo Bank, N.A. d/b/a
Wells Fargo Auto
(405) 848-2009 (Facsimile No.)
logsecf@logs.com

### CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 12 day of March 2024, the foregoing pleading was mailed via U.S. Mail, first class, postage prepaid to the following parties, to-wit:

Clinton Sean Royse, 2209 Old McGarrah, McKinney, TX 75072

and via the CM/ECF system to the following parties:

Mike J Rose, (Attorney for Debtor)
Kevin M. Coffey, (Trustee)

<u>/s/Lesli Peterson</u>
LOGS LEGAL GROUP LLP
Kirk J. Cejda  #12241
Lesli Peterson #14177
770 NE 63rd St.
Oklahoma City, OK 73105-6431
(405) 848-1819
Attorney for Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto
(405) 848-2009 (Facsimile No.)
logsecf@logs.com

File No. 24-140466