**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CLINTON SEAN ROYSE, | ) | CASE NO. 24-10524 JDL |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002**

**COMES NOW,** Wyatt D. Swinford, of Elias, Books, Brown & Nelson, P.C., and hereby enters his appearance on behalf of Vision Bank ("Vision Bank"), Creditor in the above referenced proceeding and, pursuant to Bankruptcy Rule 2002, hereby requests that all notices given or required to be given in this case and in any cases consolidated herewith, be given to and served upon its attorney of record as follows:

> Wyatt D. Swinford
> Elias, Books, Brown & Nelson, P.C.
> Two Leadership Square, Suite 1300
> 211 N. Robinson Avenue
> Oklahoma City, Oklahoma  73102-6803
> Telephone:  405/232-3722
> Facsimile:  405/232-3746
> Email: wswinford@eliasbooks.com

This request encompasses all notices, copies and pleadings referred to in Rule 2002 and of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek the captioned proceeding.

Respectfully submitted,

*s/ Wyatt D. Swinford*
Wyatt D. Swinford, OBA No. 32520
Elias, Books, Brown & Nelson, P.C.
Two Leadership Square, Suite 1300
211 N. Robinson Avenue
Oklahoma City, Oklahoma  73102
Telephone: 405/232-3722
Facsimile: 405/232-3746
Email: wswinford@eliasbooks.com

**ATTORNEYS FOR VISION BANK**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of April, 2024, a true and correct copy of the Entry of Appearance and Request for Notice was electronically served using the CM/ECF system namely:

Mike J. Rose
Michael J. Rose PC
4101 Perimeter Center Drive, Suite 120
Oklahoma City, Oklahoma  73112
Telephone: 405/605-3757
Facsimile:  405/605-3758
Email:  michaeljrosepc@gmail.com

**ATTORNEYS FOR DEBTOR CLINTON SEAN ROYSE**

Kevin M. Coffey
435 N. Walker, Ste. 202
Oklahoma City, Oklahoma 73102
Telephone: 405-235-1497
Email: kevin@harrisandcoffey.com

**CHAPTER 7 TRUSTEE**

Lesli Peterson
Kirk J. Cejda
770 NE 63rd St.
Oklahoma City, OK 73105-6431
Telephone: (405) 848-1819
(405) 848-2009 (Facsimile No.)
Email: logsecf@logs.com

**ATTORNEY FOR WELLS FARGO BANK, N.A. D/B/A WELLS FARGO AUTO**

*s/ Wyatt D. Swinford*
Wyatt D. Swinford

2